**Billy John ROBERSON,**
**Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 03–11028.
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

DECIDED: April 20, 2004.

Billy John Roberson, Rowlett, TX, pro se.

Tasha W. Stevenson, Social Security Administration, Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before JOLLY, JONES, and SMITH, Circuit Judges.

---

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM:*

· Billy John Roberson appeals the district court's remand order pursuant to sentence six of 42 U.S.C. § 405(g). The appeal is DISMISSED for lack of an appealable final judgment. *See* 28 U.S.C. § 1291; *Sullivan v. Finkelstein,* 496 U.S. 617, 623–31, 110 S.Ct. 2658, 110 L.Ed.2d 563 (1990); *Melkonyan v. Sullivan,* 501 U.S. 89, 99–102, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

the limited circumstances set forth in Local Rule 47.5.4.